**LITTLER MENDELSON, P.C.**
Amber M. Spataro, Esq. (N.J. Bar No. 036892008)
Jessica C. Pooran, Esq. (NJ Bar No. 336962021)
One Newark Center, 8th Floor
Newark, New Jersey 07102
P: 973-848-4700
E: ASpataro@littler.com
E: JPooran@littler.com
*Attorneys for Defendants*
CHECKMATE.COM INC. d/b/a ITSACHECKMATE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ELINOR COHEN,<br><br>    Plaintiff,<br><br>v.<br><br>CHECKMATE.COM INC. d/b/a ITSACHECKMATE; and JOHN DOES 1-10 (fictitious names of entities and/or individuals whose identities are presently unknown), individually, jointly, severally and/or in the alternative,<br><br>    Defendants. | Civil Action No. 2:23-cv-2810<br><br>**CETIFICATION OF SERVICE**<br><br>*<u>Electronically Filed</u>* |

**AMBER M. SPATARO**, of full age, hereby certifies as follows:

1. I am an attorney-at-law with the law firm of Littler Mendelson, P.C., counsel for Defendant Checkate.com Inc. ("Defendant"), in the above-captioned action. I am familiar with the facts set forth in this Certification.

2. On May 16, 2023, I caused a true and correct copy of Defendant's:

   a) Notice of Removal (with exhibit);

   b) Notice of Filing of Notice of Removal;

   c) Application for Extension of Time to Answer, Move or Otherwise Reply; Pursuant to Local Civil Rule 6.1(b);

   d) Rule 7.1 Corporate Disclosure Statement;

   e) Rule 7.1.1 Disclosure Statement;

   f)  Civil Cover Sheet; and

   g)  this Certification of Service

to be served, via email and overnight mail upon:

Rachel S. London, Esquire
WALL & LONDON LLC
34 Tanner Street, Suite 4
Haddonfield, New Jersey 08033
*Attorneys for Plaintiff*
*Elinor Cohen*

  I certify under penalty of perjury that the foregoing statements made by me are true. I understand that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

            By:  */s/ Amber M. Spataro*
               Amber M. Spataro, Esq.

Dated: May 23, 2023