**LITTLER MENDELSON, P.C.**
Amber M. Spataro, Esq. (N.J. Bar No. 036892008)
Jessica C. Pooran, Esq. (NJ Bar No. 336962021)
One Newark Center, 8th Floor
Newark, New Jersey 07102
P: 973-848-4700
E: ASpataro@littler.com
E: JPooran@littler.com
*Attorneys for Defendants*
CHECKMATE.COM INC. d/b/a ITSACHECKMATE

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ELINOR COHEN,<br><br>                    Plaintiff,<br><br>v.<br><br>CHECKMATE.COM INC. d/b/a ITSACHECKMATE; and JOHN DOES 1-10 (fictitious names of entities and/or individuals whose identities are presently unknown), individually, jointly, severally and/or in the alternative,<br><br>                    Defendants. | Civil Action No.  2:23-cv-02810<br><br>**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**<br><br>*<u>Electronically Filed</u>* |

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, Defendant Checkmate.com Inc. d/b/a Itsacheckmate.com is not a publicly traded company and no publicly traded company owns more than 10% of its stock.  Defendant was incorporated in Delaware and has its principal place of business in New York, thereby making it a citizen of Delaware and New York.

                                                **LITTLER MENDELSON, P.C.**
                                                *Attorneys for Defendant*
                                                *Checkmate.com Inc.*

Dated:  May 23, 2023                          By: *s/ Amber M. Spataro*
                                                          Amber M. Spataro, Esq.
                                                          Jessica C. Pooran, Esq.
                                                          One Newark Center, 8th Floor
                                                          Newark, New Jersey 07102
                                                          P: 973-848-4700
                                                          E: ASpataro@littler.com
                                                          E: JPooran@littler.com