**LITTLER MENDELSON, P.C.**
Amber M. Spataro, Esq. (N.J. Bar No. 036892008)
Jessica C. Pooran, Esq. (NJ Bar No. 336962021)
One Newark Center, 8th Floor
Newark, New Jersey 07102
P: 973-848-4700
E: ASpataro@littler.com
E: JPooran@littler.com
*Attorneys for Defendants*
CHECKMATE.COM INC. d/b/a ITSACHECKMATE

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ELINOR COHEN,<br><br>    Plaintiff,<br><br>v.<br><br>CHECKMATE.COM INC. d/b/a ITSACHECKMATE; and JOHN DOES 1-10 (fictitious names of entities and/or individuals whose identities are presently unknown), individually, jointly, severally and/or in the alternative,<br><br>    Defendants. | Civil Action No. 2:23-cv-02810<br><br>**RULE 7.1.1 DISCLOSURE STATEMENT**<br><br>***Electronically Filed*** |

Pursuant to Rule 7.1.1 of the Federal Rules of Civil Procedure, Defendant Checkmate.com Inc. states that it is not aware of any person or entity that is not a party to the above-captioned litigation that is providing funding for some or all of the attorneys' fees and expenses for this litigation on a non-recourse basis in exchange for (1) a contingent financial interest based upon the results of the litigation or (2) a non-monetary result that is not in the nature of a personal or bank loan, or insurance.

                   **LITTLER MENDELSON, P.C.**
                   *Attorneys for Defendant*
                   *Checkmate.com Inc..*

Dated: May 24, 2023         By: *s/ Amber M. Spataro*
                      Amber M. Spataro, Esq.
                      Jessica C. Pooran, Esq

4874-8911-4724.1 / 104706-1005