UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ELINOR COHEN,<br><br>                      Plaintiff,<br><br>v.<br><br>CHECKMATE.COM INC. d/b/a ITSACHECKMATE; and JOHN DOES 1-10 (fictitious names of entities and/or individuals whose identities are presently unknown), individually, jointly, severally and/or in the alternative,<br><br>                      Defendants. | Case No: 2:23-cv-02810-KM-AME<br><br>**CONSENT ORDER EXTENDING DISCOVERY END DATE**<br><br><u>Electronically Filed</u> |

      **THIS MATTER** having been jointly opened to the Court by Littler Mendelson, P.C., attorneys, for Defendant Checkmate.com ("Defendant"), and Wall & London LLC, attorneys for Plaintiff Elinor Cohen ("Plaintiff"), for an Order extending the Discovery End Date ninety (90) days to allow the parties to fact witness depositions; the discovery end date has been extended previously once by stipulation with consent of both parties; and for good cause shown,

      **IT IS** on this <u> 6th </u> day of <u> June </u>, 2024,

      **ORDERED** that the discovery period is extended for a period of ninety (90) days from June 5, 2024 to and including September 3, 2024; it is further

**ORDERED** that a copy of this Order shall be deemed to have been served on all counsel of record upon its upload to e-Courts.

The next telephonic conference will be held on **September 3, 2024, at 10:00 a.m.** To join, dial 973-437-5535, access code 684 310 824#. The parties shall file a joint status letter on or before August 29, 2024.

/s/ *André M. Espinosa*
HON. ANDRÉ M. ESPINOSA, J.S.C.

**SO STIPULATED AND AGREED:**

| WALL & LONDON LLC | LITTLER MENDELSON, P.C. |
|---|---|
| /s/ *Rachel S. London* | /s/ *Jessica C. Pooran* |
| Rachel S. London, Esquire | Amber M. Spataro, Esq. |
| 34 Tanner Street, Suite 4 | Jessica C. Pooran, Esq. |
| Haddonfield, New Jersey 08033 | One Newark Center, 8th Floor |
| (856) 428-1480 | Newark, New Jersey 07102 |
|  | 973.848.4700 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| *Elinor Cohen* | *Checkmate.com* |
| Dated: May 31, 2024 | Dated: May 31, 2024 |

4864-6669-9714.1 / 104706-1005