

**Littler Mendelson, P.C.**
One Newark Center
8th Floor
Newark, NJ  07102

Jessica C. Pooran
973.848.4738 direct
973.848.4700 main
973.718.4358 fax
jpooran@littler.com

November 6, 2024

**VIA ECF**
Magistrate Judge Andre M. Espinosa
United States District Court
Martin Luther King Building
& U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

Re:    **Elinor Cohen v. Checkmate.com, Inc. d/b/a/ ItsACheckmate**
       **Case 2:23-cv-02810-KM-AME**

Dear Judge Espinosa:

This firm represents Defendant Checkmate.com in the above-referenced matter.  We write jointly with Plaintiff Elinor Cohen's consent to advise the Court that the parties have agreed on settlement terms to resolve this lawsuit but are still working on formalizing the release and settlement agreement.

Once the settlement agreement is fully executed, we will timely file a stipulation of dismissal with prejudice with the Court.

We thank Your Honor for your attention to this matter.

Respectfully submitted,

*/s/ Jessica C. Pooran*
Jessica C. Pooran

cc:    Amber M. Spataro, Esq. (via ECF)
       Zachary R. Wall, Esq. (via ECF)
       Rachel S. London, Esq. (via ECF)