**LITTLER MENDELSON, P.C.**
Amber M. Spataro, Esq. (N.J. Bar No. 036892008)
Jessica C. Pooran, Esq. (NJ Bar No. 336962021)
One Newark Center, 8th Floor
Newark, New Jersey 07102
P: 973-848-4700
E: ASpataro@littler.com
E: JPooran@littler.com
*Attorneys for Defendant*
CHECKMATE.COM INC. d/b/a ITSACHECKMATE

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ELINOR COHEN,<br><br>      Plaintiff,<br><br>v.<br><br>CHECKMATE.COM INC. d/b/a ITSACHECKMATE; and JOHN DOES 1-10 (fictitious names of entities and/or individuals whose identities are presently unknown), individually, jointly, severally and/or in the alternative,<br><br>      Defendants. | Case No: 2:23-cv-02810-KM-AME<br><br>**STIPULATION OF**<br>**DISMISSAL WITH PREJUDICE**<br><br>*Electronically Filed* |

The matter in the above-captioned action having been amicably resolved by and between Littler Mendelson, P.C., attorneys for Defendant Checkmate.com ("Defendant"), and Wall & London LLC, attorneys for Plaintiff Elinor Cohen ("Plaintiff"), it is hereby stipulated and agreed, pursuant to Federal Rule of Civil Procedure 41(a), that the above-captioned case shall be, and hereby is, dismissed with prejudice and without costs or attorneys' fees against any party.

| | |
|---|---|
| **WALL & LONDON LLC**<br>Attorneys for Plaintiff<br><br>By : s/ Zachary Wall<br>  Zachary Wall, Esq.<br><br>Dated: December 18, 2024 | **LITTLER MENDELSON, P.C.**<br>Attorneys for Defendant<br><br>By: s/ Jessica C. Pooran<br>  Jessica C. Pooran, Esq.<br><br>Dated: December 11, 2024 |

SO ORDERED;

_____  Dated:  1/3/2025